AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**EDWARD ROE, ET AL,**
**Plaintiffs,**

vs.                                                                                       Case Number: **06-3034**

**WILLARD ELYEA,**
**Defendant.**

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

   **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of plaintiff Edward Roe and against defendant Willard Elyea in the sum of $2,020,000.00 together with cost of suit.

   **IT IS FURTHER ORDERED** that judgment is entered in favor of plaintiff Anthony Stasiak and against defendant Willard Elyea in the sum of $2,020,000.00 together with cost of suit.

   **IT IS FURTHER ORDERED** that judgment is entered in favor of plaintiff Timothy Stephen and against the defendant Willard Elyea in the sum of $2,020,000.00 together with cost of suit.

   **IT IS FURTHER ORDERED** that judgment is entered in favor of plaintiff Jonathan Walker and against the defendant Willard Elyea in the sum of $2,020,000.00 together with cost of suit.

ENTER this 19th  day of  February 2008.

s/Pamela E. Robinson, Clerk
_____
PAMELA E. ROBINSON, CLERK

s/K. Wynn
_____
BY:  DEPUTY CLERK